# United States Court of Appeals
## For the First Circuit

———————————

No. 22-1735

UNITED STATES OF AMERICA,

Appellee,

v.

CARLOS MALDONADO-VARGAS, a/k/a Carlos Maldonado,

Defendant, Appellant.

———————————

**ERRATA SHEET**

The opinion of this Court, issued on November 14, 2025, is amended as follows:

On page 35, line 14 replace < Accordingly, we affirm the restitution order. > with < Accordingly, we affirm the order of restitution as a condition of supervised release. >.

On page 35, lines 16-18 replace < For all these reasons, we **vacate** Maldonado's bank fraud convictions and **affirm** his securities fraud conviction and sentence, including the district court's restitution order. > with < For all these reasons, we **vacate** Maldonado's bank fraud convictions, **affirm** his securities fraud conviction and sentence, including the district court's order of restitution as a condition of supervised release, and **remand** for further proceedings consistent with this opinion. >.